FILED
OCT - 1 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | |
| BRANDON L. BAXTER, | ) | CASE NO. 1:26 CR 00436 |
| | ) | Title 18, United States Code, Section 175(b) |
| Defendant. | ) | |

JUDGE RUIZ

COUNT 1
(Prohibitions With Respect to Biological Weapons, 18 U.S.C. § 175(b))

The Grand Jury charges:

On or about September 19, 2026, in the Northern District of Ohio, the defendant, BRANDON L. BAXTER, did knowingly possess a biological agent, toxin, and delivery system, to wit: ricin, which was not in its naturally occurring form, and was of a type and in a quantity that under the circumstances was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose.

All in violation of Title 18, United States Code, Section 175(b).

COUNT 2
(Possession of Biological Toxins by Restricted Persons, 18 U.S.C. § 175b(c)(1))

The Grand Jury further charges:

On or about September 19, 2026, in the Northern District of Ohio, the defendant, BRANDON L. BAXTER, did knowingly possess a biological agent and toxin, to wit: ricin, which constituted a select agent for which the defendant had not obtained a registration required

by regulations under section 351A(c) of the Public Health Service Act.

All in violation of 18 U.S.C. § 175b(c)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.