IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:26CR436 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON L. BAXTER, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | <u>CORPUS AD PROSEQUENDUM</u> |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Duncan T. Brown, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Brandon L. Baxter is now confined in the Cuyahoga County Jail, Cleveland, Ohio, and is in the custody of the Sherrif for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with violations of Title 18, United States Code, Section 175(b); and Title 18, United States Code, Section 175b(c)(1) and pursuant to said charge is to appear for Arraignment on **October 14, 2026, at 10:00 a.m.** before the Honorable Magistrate Judge Jonathan D. Greenberg in the United States District Court for the Northern District of Ohio, EASTERN Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland or their designee, and/or Federal Bureau of Investigation and/or the Cuyahoga County Jail to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of

said charges; and that immediately after the said defendant completes this and any future court proceedings, Defendant be returned to said custodian under safe and secure conduct.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Duncan T. Brown

Duncan T. Brown (NY: 3982931)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3933
(216) 685-2378 (facsimile)
Duncan.Brown@usdoj.gov

I, Duncan T. Brown, do declare under penalty of perjury that the foregoing is true and correct.

s/ Duncan T. Brown

Duncan T. Brown
Assistant United States Attorney

Executed on 10/02/2026.