FILED
1:39 pm Oct 02 2026
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:26CR436 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON L. BAXTER, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |

This matter came on to be heard upon the petition of Duncan T. Brown, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sherrif, Cuyahoga County Jail, Cleveland, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or Federal Bureau of Investigation. The Court, being fully advised in the said matter, finds that the said Brandon L. Baxter, is detained in the Cuyahoga County Jail, Cleveland, Ohio, under the custody of said Sherrif.

The Court further finds that the said United States desires to proceed to Arraign the defendant on an Indictment charging violations of Title 18, United States Code, Section 175(b); and Title 18, United States Code, Section 175b(c)(1) at Cleveland, Ohio, before the Honorable Magistrate Judge Jonathan D. Greenberg on **Wednesday, October 14th, 2026, at 10:00 a.m.**, and to other court proceedings relating to such Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ

be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or Federal Burau of Investigation.

JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE